UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TAMMY KNIGHT,**

    **Plaintiff,**

**v.**                                                           **Case No.  8:07-cv-983-T-30MAP**

**KING PHARMACEUTICALS INC., and**
**MONARCH PHARMACEUTICALS, INC.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

    The Court has been advised via Defendants' Notice of Settlement (Dkt. #7) and the Mediation Report (Dkt. #8) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on October 16, 2007.

*[signature: James S. Moody, Jr.]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-983.dismissal 8.wpd